No. 3191. BUITRAGO, COMISIONADO, ETC., APELADO, *v.* ASAMBLEA MUNICIPAL DE GUAYAMA, APELANTE.—C. de D. de Guayama. R. dic. 7, 1923. Desestimado el recurso a instancia del apelado por no haberse presentado pliego de excepciones o exposición del caso, solicitado prórroga ni archivado la transcripción de los autos.

No. 2113. EL PUEBLO, APELADO, *v.* APARICIO, APELANTE.—C. de D. Ponce. Seducción. R. dic. 17, 1923. Celebrada la vista con la sola asistencia del fiscal, examinados los autos y los alegatos y apareciendo que el único error que se señala es que el veredicto no está sostenido por la prueba, habiéndola examinado el tribunal y encontrado que es suficiente, se declara sin lugar el recurso. Confirmada.

No. 3180. CURBELLO, APELADO, *v.* RODRÍGUEZ, APELANTE.—C. de D. de Humacao. R. dic. 18, 1923. Apareciendo de la certificación expedida por el secretario de la corte de distrito, que la sentencia se dictó en mayo 7, 1923, y la apelación se interpuso el día 12 del mismo; que se concedieron varias prórrogas a la apelante para presentar la exposición del caso; que no se ha presentado el pliego de excepciones ni la exposición del caso no habiéndose archivado tampoco la transcripción de los autos; de acuerdo con la jurisprudencia constante de este tribunal, se declaró con lugar la moción y se desestimó la apelación.

No. 3190. MAZARREDO ET AL., APELANTES *v.* GARCÍA ET AL., APELADOS.—C. de D. de Aguadilla. R. dic. 18, 1923. No habiéndose presentado ningún pliego de excepciones o exposición del caso, ni la transcripción de la evidencia certificada por el taquígrafo ni obtenido prórroga para ello, sin que se haya archivado tampoco la transcripción de los autos; de acuerdo con la ley y la jurisprudencia constante de este tribunal, se declaró con lugar la moción y se desestimó la apelación.